NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PAUL M. HARRIS, )
)
        Appellant, )
)
v. )      Case No. 2D18-1923
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.